UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRIS WEALTH MANAGEMENT, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEGRIS FINANCIAL NETWORK, LLC,<br><br>　　　　Defendant. | Case No. 21-cv-02276-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 13 |

　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: April 21, 2021



WILLIAM H. ORRICK
United States District Judge